11 CV 0140

RECEIVED
JAN 3 - 2011
PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hubert Blackman
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Las Vegas Exclusive Personals
_____

**COMPLAINT**

Jury Trial:   ☐ Yes   ☒ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.   **Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name Hubert Blackman
Street Address 2120 1st Avenue Apt 853
County, City New York   New York
State & Zip Code New York   10029
Telephone Number 212-348-1342

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

*Rev. 05/2010*

Defendant No. 1  Name Las Vegas Exclusive Personals
Street Address 5030 Paradise Rd # B 113
County, City Las Vegas
State & Zip Code Nevada 89119
Telephone Number 702-696-4696

Defendant No. 2  Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 3  Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 4  Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Questions      ☒ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____
_____
_____

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship New York
Defendant(s) state(s) of citizenship Nevada

*Rev. 05/2010*

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? I almost had gotten arrested.

B. What date and approximate time did the events giving rise to your claim(s) occur? This event had gotten happen on December 17, 2010 around 6:50 pm.

C. Facts:

**What happened to you?** A excort had did an illegal sexual act on me during her paid service to me

**Who did what?** The excort had broke the law.

**Was anyone else involved?** None.

**Who else saw what happened?** No one in person. Technology acknowledged everything

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I just need medical treatment on mental condition: psycotic disorder

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I would like Court to close the business. I also would like to get my $275 payment back and a $1.8 million verdict for the tragic event that happened

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 4 day of January, 20 11.

Signature of Plaintiff    HL+ BLL

Mailing Address    2120 1st Avenue APT 853
New York NY 10029

Telephone Number    212-348-1342

Fax Number *(if you have one)*

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ___ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

*Rev. 05/2010*