USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HUBERT BLACKMAN,

               Plaintiff,

-against-

LAS VEGAS EXCLUSIVE PERSONALS,

               Defendant.

------------------------------------------------------------X

JUDGMENT

11 Civ. 0140 (LAP)

FEB 0 1 2011

Pursuant to the Order issued _____ by the Honorable Loretta A. Preska, Chief United States District Judge, dismissing the Complaint, it is,

ORDERED, ADJUDGED AND DECREED: That the Complaint is dismissed for lack of jurisdiction. Fed. R. Civ. P. 12(h)(3). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's Order would not be taken in good faith.

_____
LORETTA A. PRESKA
Chief United States District Judge

Dated: FEB 0 1 2011
New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON_____.

JUDGMENT AND APPEAL INSTRUCTIONS MAILED BY PRO SE OFFICE ON 2/1/11