UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hubert Blackman
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:                               │
│ DATE FILED: 2|7|11                   │
└─────────────────────────────────────┘
```

PRO SE OFFICE

11 Civ. 00140 ( ) ( )

- against -

Las Vegas Exclusive Personals
_____

_____

_____

**NOTICE OF APPEAL
IN A CIVIL CASE**

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Notice is hereby given that Hubert Blackman
                                    *(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment

of a dismissal because a federal question ~~jurisdiction~~ was
                        *(describe the judgment)*

                    which is
not properly invoked ~~about~~ character investigations of

Title 25 Ch. 34 Sec. 3207.

entered in this action on the ___01___ day of February, 20 11 .
                              *(date)*           *(month)*     *(year)*

Signature

2120 1st Avenue APT 853
*Address*

New York NY 10029
*City, State & Zip Code*

DATED: February 3, 2011

( 212 ) 348 - 1342
*Telephone Number*

**NOTE:** To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

*Rev. 05/2010*